# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAN TU TRINH, <br><br> Plaintiff, <br><br> v. <br><br> KATHLEEN LIEN TRINH, <br><br> Defendants. | CIVIL ACTION NO. 21-3595 |

## ORDER

**AND NOW,** this 16th day of February 2022, upon consideration of Defendant's Motion to Dismiss [Doc. No. 3], Plaintiff's response thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's motion is **GRANTED** as follows:

1. To the extent that the Complaint alleges that Defendant engaged in an unconstitutional conspiracy with state actors against Plaintiff, such claims are **DISMISSED without prejudice**. If Plaintiff wishes to proceed with any claims alleging an unconstitutional conspiracy, Plaintiff may file an amended complaint by or before **March 18, 2022** if she can correct the deficiencies noted in the accompanying Memorandum Opinion.

2. All other claims asserted in the Complaint are **DISMISSED** for lack of subject matter jurisdiction.

3. The Clerk of Court is directed to mark this case as **CLOSED**, pending the possible filing of an amended complaint.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**