IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAN TU TRINH<br>           Plaintiff,<br>    v.<br>KATHLEEN LIEN TRINH<br>           Defendants. | CIVIL ACTION NO. 21-3595 |

# ORDER

**AND NOW,** this 25th day of January 2024, upon consideration of Plaintiff's Motion for Reconsideration [Doc. No. 9] and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**